**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

**CRIMINAL PROCEEDINGS:**
      **ARRAIGNMENT AND PLEA AGREEMENT HEARING**

**MAGISTRATE JUDGE: Candy Wagahoff Dale**       **DATE: 8/9/12**
**DEPUTY CLERK**: Amy Hickox       **TIME: 50 mins.**
**ESR:** K. Rabbie

UNITED STATES OF AMERICA vs. Michael James Angus
Case No. CR12-178-S-BLW
Counsel for:       United States (AUSA): James Peters
                  Defendant: Gerald Bublitz, retained
(X  ) Defendant has copy of charging document
      **(X  ) Information**
      MAXIMUM PENALTY: 10 yrs/$250,000/5yrs to life SR/$100 SA
(X  ) Rights advised
(X  ) Waiver of Indictment
(X  ) Defendant sworn
(X  ) Waiver of Right to District Court Judge
(X  ) Defendant advised of rights he is giving up by pleading guilty and his constitutional rights at trial.  Advised of evidence the Government will try and prove at trial and the maximum penalty associated with the charges and understands the guidelines.  Defendant is satisfied with advice of his attorney, is competent to proceed and wishes to enter a plea of guilty.
(X  ) Plea Agreement
(X  ) Plea of GUILTY accepted knowingly and voluntarily
(X  ) Presentence Report Ordered ( ) Presentence Waived
      Sentencing set        11/1/12 at 10:00 AM, BLW, Boise            .
      Original report to Counsel        9/27/12            .
      Notification of Objections by Counsel        10/11/12            .
      Final Report to Court and Counsel        10/25/12            .
(X  ) Report and Recommendation forthcoming.
(X  ) Waiver of Detention Hearing and Order of Detention entered.  Defendant remanded to custody of USMS.
(X  ) Order:  Counsel requested permission to keep the PTS Bail Report. Request granted. Counsel shall return Report to Pretrial Services upon conclusion of this case.

** MAGISTRATE MINUTE ENTRY **